
'22 DEC 14 PM4:42

USAO 2022R00633 PMC/dm

*KOg* 12/5/22

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :    **Criminal No.** RDB 22cr435 |
| **v.** | : |
| | :    **(Threats Transmitted by Interstate** |
| **DAVID LEE BRADBY,** | :    **Communication, 18 U.S.C. §875(c))** |
| | : |
| **Defendant.** | : |

oooOooo

## <u>INDICTMENT</u>

The Grand Jury for the District of Maryland charges that:

On or about the dates identified below, in the District of Maryland and elsewhere, the

defendant,

### DAVID LEE BRADBY,

knowingly and willfully transmitted in interstate commerce a threat to injure the person of

another. Specifically, the defendant **BRADBY**, while located in the State of Maryland, sent

communications from a mobile phone with a number assigned to him to the mobile phone of

Victim 1, a person who was physically located in West Virginia at the time Victim 1 received the

communications. Each of the communications included the following threat:

Im going to kill you. when i see
you.
I know were you work @
I'll will rape your grandmother.
I'll will rape your Mom.

I will blow your house and car up
cuz I do not like. Fuck the Police.

I got Guns and guns in my name.
#KKK

| Count | Date Threatening Communication | Mobile Phone # Assigned to BRADBY |
|:-----:|--------------------------------|-----------------------------------|
| 1 | February 13, 2022 | 404-947-3986 [Phone 1] |
| 2 | February 15, 2022 | 404-947-3986 [Phone 1] |
| 3 | February 16, 2022 | 404-947-3986 [Phone 1] |
| 4 | February 26, 2022 | 443-582-3324 [Phone 2] |
| 5 | March 20, 2022 | 443-333-7570 [Phone 3] |
| 6 | April 3, 2022 | 443-333-7570 [Phone 3] |
| 7 | April 5, 2022 | 443-333-7570 [Phone 3] |
| 8 | April 14, 2022 | 443-488-6093 [Phone 4] |
| 9 | April 21, 2022 | 443-488-6093 [Phone 4] |
| 10 | April 30, 2022 | 443-342-5445 [Phone 5] |
| 11 | May 15, 2022 | 443-342-5445 [Phone 5] |
| 12 | May 24, 2022 | 443-583-8576 [Phone 6] |

18 U.S.C. § 875(c)

*Erek L. Barron /ae/*

Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

12/14/2022

Date