**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND  20770
TEL: (301) 344-0600
FAX: (301) 344-0019
TOLL FREE: (888) 387-3384

**JAMES WYDA**                                                                                                                            **JULIE STELZIG**
**FEDERAL PUBLIC DEFENDER**                                                                    **BRANCH CHIEF**

May 8, 2024

Honorable Brendan A. Hurson
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

      Re:    *United States v. David Lee Bradby*
               Case No. 22-cr-435-BAH
               Re: Postponement of Hearing Date

Dear Judge Hurson:

I write briefly regarding the postponement of Mr. Bradby's hearing date, currently scheduled for May 9, 2024.  Mr. Bradby is charged with violation of supervised release, based on a petition that was filed on April 17, 2024.  ECF 57.  An initial appearance was held on April 26, 2024.  ECF 59.  A detention hearing was held on May 1, 2024, and Mr. Bradby was ordered detained.  ECF 65.  Undersigned counsel for Mr. Bradby was recently assigned and has not had adequate time to prepare, and therefore asks that the Court postpone the hearing date.  United States Probation Officer Ginger Miller and Assistant United States Attorney P. Michael Cunningham do not oppose this request.

                                                      Respectfully submitted,
                                                      JAMES WYDA
                                                      Federal Public Defender

                                                      _____/s/_____
                                                      Sean McKee
                                                      Assistant Federal Public Defender
                                                      6411 Ivy Lane, Suite 710
                                                      Greenbelt, Maryland 20770
                                                      (301) 344-0600
                                                      sean_mckee@fd.org