FILED ___ ENTERED
____ LOGGED _____ RECEIVED
3:10 pm, Jun 07 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA :

v. : Criminal Case No. BAH 22-435

**David Lee Bradby** :

### ORDER MODIFYING Conditions Of Release

This matter came before the court for Violation of Supervised Relase. Counsel having been heard and the court having rendered an oral opinion, it is this 7th day of June, 2024 for reasons stated in open court ORDERED:

1. All of the terms of the Supervised Release conditions ordered in the J&C on April 10, 2024 remain in full force and affect except Drug Treatment Condition in section C is modified to the following: The defendant must enroll in and complete a long term treatment program approved by the US Probation office for up to 180 days and complete any aftercare recommended.

2. The Clerk is directed to send a copy of this order to all counsel of record.

_____
**Brendan Abell Hurson**
*United States District Judge*